```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO: 1:05-cr-00136-OWW
                                 )
12              Plaintiff,       )   REQUEST BY THE UNITED STATES
                                 )   FOR DISMISSAL OF INDICTMENT
13         v.                    )   [Fed.R.Crim.Proc. 48(a)]
                                 )
14  JONATHAN CRAIG SINGLETON,    )
                                 )
15                               )
                                 )
16              Defendant.       )
    _____)
17
18       Comes now the United States, by and through its attorneys of
19  record, LAWRENCE G. BROWN, Acting United States Attorney, and
20  LAUREL J. MONTOYA, Assistant United States Attorney, and request
21  leave of the Court to dismiss the Indictment in this case, as to
22  the above-named defendant, in the interest of justice.  The
23  defendant received a 360 month commitment to the Bureau of
24  //
25  //
26  //
27  //
28  //

                                 1
```

Prisons in a matter prosecuted in the Western District of Virginia.

DATED: March 25, 2009                    Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

                                    By:  /s/ Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:  March 27, 2009**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE